UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:18cr97/MCR

ANTOINE DEVON WILSON

_____/

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, and subject to this Court's consideration of the Plea Agreement pursuant to Fed. R. Crim. P. 11, the plea of guilty of the Defendant, ANTOINE DEVON WILSON, to Counts I & II of the Indictment is hereby **ACCEPTED**. All parties shall appear before this Court for sentencing as directed.

**DONE and ORDERED** this 30th day of November 2018.

                                           s/ *M. Casey Rodgers*
                                           **M. CASEY RODGERS**
                                           **UNITED STATES DISTRICT JUDGE**